## MURPHY, ROGERS, SLOSS, GAMBEL & TOMPKINS
### A PROFESSIONAL LAW CORPORATION
Suite 400, One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139-0400
TELEPHONE (504) 523-0400
TELECOPIER (504) 523-5574

14

### FACSIMILE TRANSMISSION

**DATE:** 3 March 2017

**TO:** 19th JDC Clerk of Court        FAX NO.: 225-389-3392

**FROM:** Gary J. Gambel, Esq.

**RE:** William G. Westervelt
v. JPMorgan Chase Bank, N.A

**NUMBER OF PAGES (INCLUDING COVER SHEET):** 5

**COMMENTS**

#### CONFIDENTIALITY NOTICE

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

TRANSMITTING FAX NUMBER IS (504) 523-5574
CALL (504) 523-0400 IF TRANSMISSION PROBLEMS ARE ENCOUNTERED


EBR3979793


EXHIBIT A

Case 3:17-cv-00251-SDD-EWD   Document 1-1   04/21/17   Page 2 of 16
Received   Mar 3 2017 01:38pm
East Baton Rouge Parish Clerk of Court   03/03/2017  14:46   (FAX)   P.002/005   Page 2 of 8

# MURPHY, ROGERS, SLOSS, GAMBEL & TOMPKINS
### A PROFESSIONAL LAW CORPORATION

| | |
|---|---|
| ONE SHELL SQUARE | 200 WEST THOMAS STREET |
| 701 POYDRAS STREET | HAMMOND, LOUISIANA 70401 |
| SUITE 400 | TELEPHONE (985) 340-2007 |
| NEW ORLEANS, LOUISIANA 70139 | FACSIMILE (985) 340-2005 |
| TELEPHONE (504) 523-0400 | |
| FACSIMILE (504) 523-5574 | EMAIL FIRM@MRSNOLA.COM |

ROBERT H. MURPHY
PETER B. SLOSS
GARY J. GAMBEL
PETER B. TOMPKINS
CHARLES L. WHITED, JR.
JOHN H. MUSSER, V
RONALD J. WHITE
JEFFREY A. RAINES
EMILY STEVENS HARDIN
DONALD R. WING
TIMOTHY D. DePAULA
MICHAEL D. LETOURNEAU
TARRYN E. WALSH

3 March 2017

*Via Facsimile 225-389-3392*
East Baton Rouge Parish Clerk of Court
P.O. Box 1991
Baton Rouge, LA 70821-1991

    Re: Re: William G. Westervelt
       v. JPMorgan Chase Bank, N.A.

Dear Sirs:

  In connection with the above captioned matter, please find attached "Petition for Damages" in the above captioned matter.

  Please file into the suit record, favoring us with a conformed copy of same. The originals will be forwarded to your office within five (5) days of this office fax filing.

  Your assistance in this matter is appreciated, and with kind regards, we remain

           Very truly yours,

           MURPHY, ROGERS, SLOSS,
           GAMBEL & TOMPKINS

           Gary J. Gambel

GJG/lbm
Attachment

19TH JUDICIAL DISTRICT COURT

FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NUMBER: _____                                    DIVISION

WILLIAM G. WESTERVELT

VERSUS

JPMORGAN CHASE BANK, N.A. D/B/A CHASE BANK

FILED: _____          _____
                                              DEPUTY CLERK

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes petitioner, William G. Westervelt, who files this Petition for Damages against JP Morgan Chase Bank, N.A. d/b/a Chase Bank and respectfully represents as follows:

I.

Plaintiff William G. Westervelt is a natural person of majority age and a domiciliary of East Baton Rouge Parish.

II.

Defendant JPMorgan Chase Bank, N.A. ("Chase") is a foreign national banking association doing business in the State of Louisiana.

III.

On or around February 9 2016, plaintiff's Chase card(s) tied to his Chase accounts was stolen and used for authorized purchases and withdrawals totaling approximately $4,000.

IV.

Venue is proper in this judicial district because the acts, occurrences, violations, breaches and damages occurred here.

V.

Plaintiff immediately reported the theft of the card(s) to Chase within two days and has complied fully with the statutory requirements.

Case 3:17-cv-00251-SDD-EWD   Document 1-1   04/21/17   Page 4 of 16
03/03/2017  14:47  Received                Mar 3 2017 01:39pm
East Baton Rouge Parish Clerk of Court      (FAX)        P.004/005           Page 4 of 8

VI.

Chase initially credited plaintiff's account for the unauthorized debits; but subsequently, and without notice, reversed course and deducted the sum of $3,802.05 from plaintiff's account and additionally asserted that plaintiff owed additional funds of $985.37.

VII

Defendants' crediting then debiting plaintiff's account without notice caused plaintiff to be unaware of the account balance and negatively affected other transactions and caused him, embarrassment and damages.

VIII.

When plaintiff contacted Chase, he was assured the issues with his account would be rectified. Later, Chase said it would take 45 days to look into the matter. Upon the expiration of 45 days, however, Chase provided no response -- and no credit was issued to plaintiff's account for the sums which had been stolen by a third party's authorized purchases and withdrawals (which Chase had credited but then later debited).

IX.

In mid-March 2016, plaintiff followed-up with Chase. At that time, Chase, despite its prior assurances, indicated that the account would not be credited for the unauthorized purchases, withdrawals and/or other deductions. It was not until April 2016 that Chase advised plaintiff that it would not issue the credits required by law.

X.

Despite the clear mandates of law and duties owed to Mr. Westervelt, Chase elected to violate multiple statutes and regulations, including the Electronic Funds Transfer Act ("EFTA") as codified in 15 U.S.C. § 1693g and section 205.6 of Regulation E (12 C.F.R. § 205.6), the Louisiana Unfair Trade Practices Act, and other statutes and regulations (including those related to improper debt collection) in multiple ways through its conduct herein described.

XI

Defendant's conduct (as set forth above) cause plaintiff damages in the following enumerated ways:

    A. Plaintiff is entitled to the return of the sums taken through authorized use of his Chase Debit/ATM card

    B. Plaintiff has sustained harm to his credit rating/score and his reputation.

2

C. Plaintiff has sustained embarrassment and financial losses due to defendant's improper charges, deductions and NSF return of checks.

D. Plaintiff has lost the use of his money.

E. Plaintiff is entitled to attorney fees, expenses, interest and other losses.

F. Plaintiff is entitled to statutory penalties.

G. Plaintiff is entitled to all such further damages and/or other relief allowed under the law and circumstances.

WHEREFORE, the premises considered, plaintiff prays:

(1) That citations in appropriate form be issued;

(2) That JPMorgan Chase Bank, N.A. be served with this Petition and be cited to answer the foregoing allegations;

(3) That, after due proceedings had, there be judgment in favor of plaintiff and against JPMorgan Chase Bank, N.A., for all sums due and owing, together with legal interest, all costs of court, and reasonable attorney's fees; and

(4) For all other general and equitable relief.

Respectfully submitted,

Gary J. Gambel (#19864)
MURPHY, ROGERS, SLOSS,
GAMBEL & TOMPKINS
701 Poydras Street, Suite 400
New Orleans, Louisiana 70139
Telephone: (504) 523-0400
Facsimile: (504) 523-5574

and

200 W. Thomas Street
Hammond, Louisiana 70401
Telephone: (985) 340-2007
Facsimile: (985) 340-2005

FILED EAST BATON ROUGE PARISH, LA
2017 MAR -3 PM 3:45
DEPUTY CLERK OF COURT

**PLEASE WITHHOLD SERVICE**

JPMORGAN CHASE BANK, N.A D/B/A CHASE BANK
3867 Plaza Tower Drive
Baton Rouge, LA 70816

JPMorgan Chase Bank, N.A.
250 West State Street
Baton Rouge, LA 70802

3

```
                    ** Transmit Conf.Report **
 P.1
 EBR CLERK OF COURT    Fax 2253893392              Mar  6 2017 11:31am

 | Fax/Phone Number | Mode   | Start      | Time  | Page | Result | Note |
 |------------------|--------|------------|-------|------|--------|------|
 | 915045235574     | Normal | 06:11:30am | 0'21" | 1    | # O K  |      |
```



# DOUG WELBORN
## CLERK OF COURT
### PARISH OF EAST BATON ROUGE

Suit Accounting Department
P. O. Box 1991
Baton Rouge, LA 70821-1991
Telephone: (225) 389-3982
Fax: (225)389-3392
www.ebrclerkofcourt.org

**FAX RECEIPT**

FROM: SUIT ACCOUNTING DEPARTMENT           DATE: Mar 3, 2017

FAX NUMBER: (225) 389-3392                 SUIT NO.: 655937

TO: GARY GAMBEL                            SECTION: 26

WILLIAM WESTERVELT                    vs   JPMORGAN CHASE BANK

Item(s) Received: PETITION FOR DAMAGES

Total Amount Due (includes all applicable fees below) $ 434.00

The Clerk of Court's Office has received, by facsimile transmission dated 3-3-17 , document(s) in the above referenced case. In accordance with R.S. 13:850(B), within seven days, exclusive of legal holidays, the party filing the document shall forward to the clerk, the original signed document, applicable filing fees and a transmission fee. The fax transmission fee is also required of forma pauperis filings and filings by state/political subdivisions.

Applicable fees are established in accordance with law as follows:
- 13:850(B)(3)     A transmission fee of five dollars
- 13:841(A)(2)(a)  First page of each pleading, six dollars
- 13:841(A)(2)(b)  Each subsequent page, four dollars
- 13:841(A)(2)(c)  Paper-exhibits, attachments, transcripts and depositions-per page, two dollars
- 13:841(A)(4)(b)  Issuing document without notice of service, fifteen dollars (Receipt generation fee)

**NO FURTHER ACTION WILL BE TAKEN REGARDING THIS DOCUMENT UNTIL ALL FEES ARE RECEIVED IN THIS OFFICE.**

**SERVICE/SUBPOENA REQUESTS WILL NOT BE ISSUED FROM FAX FILING.
SERVICE WILL BE ISSUED AS A RESULT OF THE FILING OF THE ORIGINAL DOCUMENT(S).**

**IF MAILING ORIGINAL DOCUMENT(S), PLEASE ATTACH THIS RECEIPT TO THE DOCUMENT(S) TO BE FILED.
IF FILING THE ORIGINAL DOCUMENTS IN PERSON, PLEASE NOTIFY THE FILING CLERK OF THE PREVIOUS FAX FILING.**

_Deputy Clerk of Court for_
_Doug Welborn, Clerk of Court_
JOHN SWEARINGEN
_(Type Name)_

Suit Accounting Dept. Form A6
Rev. 08/30/16



# DOUG WELBORN
## CLERK OF COURT
### PARISH OF EAST BATON ROUGE

Suit Accounting Department
P. O. Box 1991
Baton Rouge, LA 70821-1991
Telephone: (225) 389-3982
Fax: (225)389-3392
www.ebrclerkofcourt.org

## FAX RECEIPT

**FROM:** SUIT ACCOUNTING DEPARTMENT    **DATE:** Mar 3, 2017

**FAX NUMBER:** (225) 389-3392    **SUIT NO.:** 655937

**TO:** GARY GAMBEL    **SECTION:** 26

WILLIAM WESTERVELT    vs    JPMORGAN CHASE BANK

Item(s) Received: PETITION FOR DAMAGES

Total Amount Due (includes all applicable fees below) $ 434.00

The Clerk of Court's Office has received, by facsimile transmission dated  3-3-17 , document(s) in the above referenced case. In accordance with R.S. 13:850(B), within seven days, exclusive of legal holidays, the party filing the document shall forward to the clerk, the original signed document, applicable filing fees and a transmission fee. The fax transmission fee is also required of forma pauperis filings and filings by state/political subdivisions.

Applicable fees are established in accordance with law as follows:
- 13:850(B)(3)  A transmission fee of five dollars
- 13:841(A)(2)(a)  First page of each pleading, six dollars
- 13:841(A)(2)(b)  Each subsequent page, four dollars
- 13:841(A)(2)(c)  Paper-exhibits, attachments, transcripts and depositions-per page, two dollars
- 13:841(A)(4)(b)  Issuing document without notice of service, fifteen dollars (Receipt generation fee)

**NO FURTHER ACTION WILL BE TAKEN REGARDING THIS DOCUMENT UNTIL ALL FEES ARE RECEIVED IN THIS OFFICE.**

**SERVICE/SUBPOENA REQUESTS WILL NOT BE ISSUED FROM FAX FILING. SERVICE WILL BE ISSUED AS A RESULT OF THE FILING OF THE ORIGINAL DOCUMENT(S).**

**IF MAILING ORIGINAL DOCUMENT(S), PLEASE ATTACH THIS RECEIPT TO THE DOCUMENT(S) TO BE FILED. IF FILING THE ORIGINAL DOCUMENTS IN PERSON, PLEASE NOTIFY THE FILING CLERK OF THE PREVIOUS FAX FILING.**

Deputy Clerk of Court for
Doug Welborn, Clerk of Court

JOHN SWEARINGEN
(Type Name)

Suit Accounting Dept. Form #6
Rev. 08/26/14



# DOUG WELBORN
## CLERK OF COURT
### PARISH OF EAST BATON ROUGE

Suit Accounting Department
P.O. Box 1991
Baton Rouge, LA 70821-1991
Telephone: (225) 389-3982
Fax: (225)389-3392
www.ebrclerkofcourt.org

## FAX RECEIPT

| | | |
|---|---|---|
| FROM: | SUIT ACCOUNTING DEPARTMENT | DATE: Mar 3, 2017 |
| FAX NUMBER: (225) 389-3392 | | SUIT NO.: 655937 |
| TO: GARY GAMBEL | | SECTION: 26 |
| WILLIAM WESTERVELT | vs | JPMORGAN CHASE BANK |

Item(s) Received: PETITION FOR DAMAGES

Total Amount Due (includes all applicable fees below) $ 434.00

The Clerk of Court's Office has received, by facsimile transmission dated 3-3-17, document(s) in the above referenced case. In accordance with R.S. 13:850(B), within seven days, exclusive of legal holidays, the party filing the document shall forward to the clerk, the original signed document, applicable filing fees and a transmission fee. The fax transmission fee is also required of forma pauperis filings and filings by state/political subdivisions.

Applicable fees are established in accordance with law as follows:
- 13:850(B)(3)    A transmission fee of five dollars
- 13:841(A)(2)(a) First page of each pleading, six dollars
- 13:841(A)(2)(b) Each subsequent page, four dollars
- 13:841(A)(2)(c) Paper-exhibits, attachments, transcripts and depositions-per page, two dollars
- 13:841(A)(4)(b) Issuing document without notice of service, fifteen dollars (Receipt generation fee)

**NO FURTHER ACTION WILL BE TAKEN REGARDING THIS DOCUMENT
UNTIL ALL FEES ARE RECEIVED IN THIS OFFICE.**

**SERVICE/SUBPOENA REQUESTS WILL NOT BE ISSUED FROM FAX FILING.
SERVICE WILL BE ISSUED AS A RESULT OF THE FILING OF THE ORIGINAL DOCUMENT(S).**

**IF MAILING ORIGINAL DOCUMENT(S), PLEASE ATTACH THIS RECEIPT TO THE DOCUMENT(S) TO BE FILED.
IF FILING THE ORIGINAL DOCUMENTS IN PERSON, PLEASE NOTIFY THE FILING CLERK OF THE PREVIOUS FAX FILING.**

Deputy Clerk of Court for
Doug Welborn, Clerk of Court

JOHN SWEARINGEN
(Type Name)

Suit Accounting Dept. Form #6
Rev. 08/26/14

# MURPHY, ROGERS, SLOSS, GAMBEL & TOMPKINS

A PROFESSIONAL LAW CORPORATION

| | | |
|---|---|---|
| ONE SHELL SQUARE | 200 WEST THOMAS STREET | ROBERT H. MURPHY |
| 701 POYDRAS STREET | HAMMOND, LOUISIANA 70401 | PETER B. SLOSS |
| SUITE 400 | TELEPHONE (985) 340-2007 | GARY J. GAMBEL |
| NEW ORLEANS, LOUISIANA 70139 | FACSIMILE (985) 340-2005 | PETER B. TOMPKINS |
| TELEPHONE (504) 523-0400 | | CHARLES L. WHITED, JR. |
| FACSIMILE (504) 523-5574 | EMAIL FIRM@MRSNOLA.COM | JOHN H. MUSSER, V |
| | | RONALD J. WHITE |
| | | JEFFREY A. RAINES |
| | | EMILY STEVENS HARDIN |
| | | DONALD R. WING |
| | | TIMOTHY D. DePAULA |
| | | MICHAEL D. LETOURNEAU |
| | | TARRYN E. WALSH |

3 March 2017

*Via Facsimile 225-389-3392*
East Baton Rouge Parish Clerk of Court
P.O. Box 1991
Baton Rouge, LA 70821-1991

Re:  Re: William G. Westervelt
     v. JPMorgan Chase Bank, N.A.

Dear Sirs:

In connection with the above captioned matter, please find attached "Petition for Damages" in the above captioned matter.

Please file into the suit record, favoring us with a conformed copy of same. The originals will be forwarded to your office within five (5) days of this office fax filing.

Your assistance in this matter is appreciated, and with kind regards, we remain

Very truly yours,

MURPHY, ROGERS, SLOSS,
GAMBEL & TOMPKINS

Gary J. Gambel

REC'D E.P.

MAR - 8 2017

GJG/lbm
Attachment

COST OK $ 434

**19TH JUDICIAL DISTRICT COURT**

**FOR THE PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

MAR 0 8 2017

C#11828 A

DEPUTY CLERK OF COURT

NUMBER: U55937

SEC. 26

DIVISION

**WILLIAM G. WESTERVELT**

**VERSUS**

**JPMORGAN CHASE BANK, N.A. D/B/A CHASE BANK**

FILED: _____     _____

DEPUTY CLERK

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes petitioner, William G. Westervelt, who files this Petition for Damages against JP Morgan Chase Bank, N.A. d/b/a Chase Bank and respectfully represents as follows:

I.

Plaintiff William G. Westervelt is a natural person of majority age and a domiciliary of East Baton Rouge Parish.

II.

Defendant JPMorgan Chase Bank, N.A. ("Chase") is a foreign national banking association doing business in the State of Louisiana.

III.

On or around February 9 2016, plaintiff's Chase card(s) tied to his Chase accounts was stolen and used for authorized purchases and withdrawals totaling approximately $4,000.

IV.

Venue is proper in this judicial district because the acts, occurrences, violations, breaches and damages occurred here.

V.

Plaintiff immediately reported the theft of the card(s) to Chase within two days and has complied fully with the statutory requirements.

REC'D C.P.

FAX COPY FILED 3/3/17
ORIGINAL FILED 3/8/17

MAR - 8 2017

VI.

Chase initially credited plaintiff's account for the unauthorized debits; but subsequently, and without notice, reversed course and deducted the sum of $3,802.05 from plaintiff's account and additionally asserted that plaintiff owed additional funds of $985.37.

VII

Defendants' crediting then debiting plaintiff's account without notice caused plaintiff to be unaware of the account balance and negatively affected other transactions and caused him, embarrassment and damages.

VIII.

When plaintiff contacted Chase, he was assured the issues with his account would be rectified. Later, Chase said it would take 45 days to look into the matter. Upon the expiration of 45 days, however, Chase provided no response – and no credit was issued to plaintiff's account for the sums which had been stolen by a third party's authorized purchases and withdrawals (which Chase had credited but then later debited).

IX.

In mid-March 2016, plaintiff followed-up with Chase. At that time, Chase, despite its prior assurances, indicated that the account would not be credited for the unauthorized purchases, withdrawals and/or other deductions. It was not until April 2016 that Chase advised plaintiff that it would not issue the credits required by law.

X.

Despite the clear mandates of law and duties owed to Mr. Westervelt, Chase elected to violate multiple statutes and regulations, including the Electronic Funds Transfer Act ("EFTA") as codified in 15 U.S.C. § 1693g and section 205.6 of Regulation E (12 C.F.R. § 205.6), the Louisiana Unfair Trade Practices Act, and other statutes and regulations (including those related to improper debt collection) in multiple ways through its conduct herein described.

XI.

Defendant's conduct (as set forth above) cause plaintiff damages in the following enumerated ways:

A. Plaintiff is entitled to the return of the sums taken through authorized use of his Chase Debit/ATM card

B. Plaintiff has sustained harm to his credit rating/score and his reputation.

C. Plaintiff has sustained embarrassment and financial losses due to defendant's improper charges, deductions and NSF return of checks.

D. Plaintiff has lost the use of his money.

E. Plaintiff is entitled to attorney fees, expenses, interest and other losses.

F. Plaintiff is entitled to statutory penalties.

G. Plaintiff is entitled to all such further damages and/or other relief allowed under the law and circumstances.

WHEREFORE, the premises considered, plaintiff prays:

(1) That citations in appropriate form be issued;

(2) That JPMorgan Chase Bank, N.A. be served with this Petition and be cited to answer the foregoing allegations;

(3) That, after due proceedings had, there be judgment in favor of plaintiff and against JPMorgan Chase Bank, N.A., for all sums due and owing, together with legal interest, all costs of court, and reasonable attorney's fees; and

(4) For all other general and equitable relief.

Respectfully submitted,

_____
Gary J. Gambel (#19864)
MURPHY, ROGERS, SLOSS,
  GAMBEL & TOMPKINS
701 Poydras Street, Suite 400
New Orleans, Louisiana  70139
Telephone:   (504) 523-0400
Facsimile:   (504) 523-5574

and

200 W. Thomas Street
Hammond, Louisiana  70401
Telephone:   (985) 340-2007
Facsimile:   (985) 340-2005

**PLEASE WITHHOLD SERVICE**

JPMORGAN CHASE BANK, N.A D/B/A CHASE BANK
3867 Plaza Tower Drive
Baton Rouge, LA 70816

JPMorgan Chase Bank, N.A.
250 West State Street
Baton Rouge, LA 70802

CIVIL
☒ 01-DAMAGES
☐ 02-CONTRACT
☐ 03-PRISONER
☐ 04-EXEC.
☐ 05-SUIT
☐ 06-EVICT
☐ 07-WORKMENS COMPENSATION
☐ 08-JUDICIAL REVIEW
☐ 09-PROPERTY RIGHTS
☐ 10-INJUNCTION MANDAMUS
☐ 11-COMM. FROM PETITION
☐ 12-PUBLIC SERV. COMM.
☐ 13-OTHER PARTITIONS
☐ 17-
☐ 18-
☐ 19-
☐ 20-

3

2402-17-008755

# CITATION

NUMBER C655937 SECTION 26

**WILLIAM WESTERVELT**
(Plaintiff)

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

vs.

**JPMORGAN CHASE BANK**
(Defendant)

STATE OF LOUISIANA

**TO:   JPMORGAN CHASE BANK, N.A. D/B/A/ CHASE BANK**
3867 PLAZA TOWER DRIVE
BATON ROUGE, LA 70816

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on **20-MAR-2017**.



_Chaumané Brooks_
Deputy Clerk of Court for
**Doug Welborn, Clerk of Court**

**Requesting Attorney: GARY JOSEPH GAMBEL**

*The following documents are attached:
PETITION FOR DAMAGES

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.
**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:  $_____
MILEAGE   $_____                    _____
TOTAL:    $_____                    Deputy Sheriff
                                       Parish of East Baton Rouge

CITATION - 2402

EBR4079198

2402-17-008757

# CITATION

| | |
|---|---|
| **WILLIAM WESTERVELT**<br>(Plaintiff) | NUMBER C655937 SECTION 26 |
| | 19th JUDICIAL DISTRICT COURT |
| vs. | PARISH OF EAST BATON ROUGE |
| **JPMORGAN CHASE BANK**<br>(Defendant) | STATE OF LOUISIANA |

**TO: JPMORGAN CHASE BANK, N.A.**
250 WEST STATE STREET
BATON ROUGE, LA 70802

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on **20-MAR-2017**.



_Deputy Clerk of Court for_
**Doug Welborn, Clerk of Court**

Requesting Attorney: GARY JOSEPH GAMBEL

*The following documents are attached:
PETITIONF FOR DAMAGES

---

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of _____, this _____ day of _____, 20_____.

| | |
|---|---|
| SERVICE: $_____ | |
| MILEAGE $_____ | Deputy Sheriff |
| TOTAL: $_____ | |
| | CITATION (OOP) - 2302 |



EBR4079201

2402-17-008757

# CITATION

NUMBER C655937 SECTION 26

**WILLIAM WESTERVELT**
(Plaintiff)

19th JUDICIAL DISTRICT COURT

vs.

PARISH OF EAST BATON ROUGE

**JPMORGAN CHASE BANK**
(Defendant)

STATE OF LOUISIANA

TO: **JPMORGAN CHASE BANK, N.A.**
**250 WEST STATE STREET**
**BATON ROUGE, LA 70802**

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on **20-MAR-2017**.



_Chauman Brooks_
Deputy Clerk of Court for
**Doug Welborn, Clerk of Court**

**Requesting Attorney: GARY JOSEPH GAMBEL**

*The following documents are attached:
**PETITIONF FOR DAMAGES**

---

**SERVICE INFORMATION:**

Received on the _21_ day of _march_, 20_17_ and on the _22_ day of _march_, 20_17_, served on the above named party as follows:
PERSONAL SERVICE: On the party herein named at _250 west state (matthew lawson)_

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of _EBR_, this _27_ day of _march_, 20_17_

_Selden_ SSE
Deputy Sheriff

SERVICE:   $_____
MILEAGE:   $_____
TOTAL:     $_____

CITATION (OOP) - 2302

FILED
MAR 28 2017
_Megan Butz_
DEPUTY CLERK OF COURT



2402-17-008755

# CITATION

NUMBER C655937 SECTION 26

**WILLIAM WESTERVELT**
(Plaintiff)

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

vs.

STATE OF LOUISIANA

**JPMORGAN CHASE BANK**
(Defendant)

TO: **JPMORGAN CHASE BANK, N.A. D/B/A/ CHASE BANK**
3867 PLAZA TOWER DRIVE
BATON ROUGE, LA 70816

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.
You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
This citation was issued by the Clerk of Court for East Baton Rouge Parish on **20-MAR-2017**.



_Chaumani Brooks_
*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: GARY JOSEPH GAMBEL**

*The following documents are attached:
PETITION FOR DAMAGES

---

**SERVICE INFORMATION:**

Received on the _24_ day of _March_, 20_17_ and on the _24_ day of _March_, 20_17_, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _above_     _Krystal_
**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.
**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.
**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.
**RETURNED:** Parish of East Baton Rouge, this _24_ day of _March_ 20_17_

Deputy Sheriff
Parish of East Baton Rouge

CITATION - 2402

FILED
MAR 27 2017
_a.m._
DEPUTY CLERK OF COURT

SERVICE:    $_____
MILEAGE:    $_____
TOTAL:      $_____

EBR3728935

EBR4079198