## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **WILLIAM G. WESTERVELT,** | * | **CIVIL ACTION NO. 17-cv-000251** |
| **Plaintiff,** | * | |
| **VERSUS** | * | |
| **JPMORGAN CHASE BANK, N.A. D/B/A CHASE BANK,** | * | **JUDGE SHELLY D. DICK** |
| **Defendant.** | * | **MAGISTRATE JUDGE ERIN WILDER-DOOMES** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### NOTICE OF SETTLEMENT AND REQUEST TO CANCEL STATUS CONFERENCE

Plaintiff William G. Westervelt (Westervelt) and defendant, JPMorgan Chase Bank, NA (Chase), notify the Court that the parties have reached a settlement of the claims asserted by Westervelt against Chase, and that a settlement agreement has been executed. The parties further request that the telephone status conference scheduled for September 19, 2018 be cancelled.

1.

On August 23, 2018, defendant Chase filed a Motion for Status Conference (R. Doc. 16) because the parties had reached an impasse on the terms of the written settlement agreement memorializing the settlement which was reached in August 2017. On August 29, 2018, the Court granted Chase's Motion and a telephone status conference was set for September 19, 2018. (R. Doc. 17).

2.

Since the Court's August 29th order, the parties reached an agreement on the settlement terms which were in dispute. The settlement agreement has been executed by both parties.

1191514.1

Today, Chase received plaintiff's executed W-9, and is currently processing the settlement check. Counsel for Chase expects to have the settlement check delivered to plaintiff's counsel within the next 10 to 15 days. At that time, the parties will also file a joint motion to dismiss the lawsuit with prejudice.

3.

In light of these recent developments, the parties suggest that the September 19, 2018 telephone status conference is no longer needed, and request that it be cancelled and removed from the Court's calendar.

Respectfully submitted,

| | |
|---|---|
| */s/ Amanda S. Stout* | */s/ Gary J. Gambel* |
| Jonathan G. Wilbourn, (La. Bar No. 27683) | Gary J. Gambel (La. Bar Roll No. 19864) |
| Amanda S. Stout (La. Bar Roll No. 29001) | MURPHY, ROGERS, SLOSS, |
| McGLINCHEY STAFFORD, PLLC | GAMBLE & TOMPKINS |
| 301 Main Street, 14th Floor | 701 Poydras Street, Suite 400 |
| Baton Rouge, Louisiana 70801 | New Orleans, LA 70139 |
| Telephone (225) 383-9000 | Telephone: (504) 523-0400 |
| Facsimile (225)343-3076 | Facsimile: (504) 523-5574 |
| jwilbourn@mcglinchey.com | ggambel@mrsnola.com |
| astout@mcglinchey.com | ***Attorneys for William G. Westervelt*** |
| ***Attorneys for JPMorgan Chase Bank, NA*** | |

## CERTIFICATE

I certify that a copy of the above and foregoing has been served upon all counsel of record electronically via the court's CM/ECF system. I further certify that I received permission from plaintiff's counsel to affix his electronic signature to this joint motion.

Baton Rouge, Louisiana this 14TH day of September, 2018.

*/s/Amanda S. Stout*
Amanda S. Stout

1191514.1